# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-1059**  September Term, 2012

FCC-13-24
FCC-96-128
FCC-CC Docket No. 96-128

**Filed On:** July 9, 2013

Illinois Public Telecommunications
Association,

     Petitioner

     v.

Federal Communications Commission and
United States of America,

     Respondents

------------------------------
AT&T, Inc. and Verizon,
     Intervenors
------------------------------

Consolidated with 13-1083, 13-1149

**BEFORE:** Rogers, Brown, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the parties' proposed joint consolidated briefing schedule, it is

**ORDERED** that the following briefing format and schedule apply in these consolidated cases:

| | |
|---|---|
| Joint Brief for Petitioners (not to exceed 16,250 words) | 08/30/13 |
| Joint Brief for Respondents (not to exceed 16,250 words) | 10/15/13 |
| Joint Brief for Intervenors in Support of Respondents (not to exceed 10,150 words) | 10/29/13 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1059**                                                                 **September Term, 2012**

| | |
|---|---|
| Joint Reply Brief for Petitioners (not to exceed 8,150 words) | 11/25/13 |
| Deferred Appendix | 12/09/13 |
| Final Briefs | 12/23/13 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel.

 The court reminds the parties that

 In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

 Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

### Per Curiam

                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

          BY: /s/
             Ken R. Meadows
             Deputy Clerk